Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN SECURITIES INC., a Delaware corporation,<br><br>BEAR, STEARNS & CO., INC., a Delaware corporation,<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>ROBERTSON STEPHENS, INC., a Massachusetts corporation,<br><br>Defendants,<br><br>and<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | NO. C07-1670 JLR<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

PLAINTIFF'S NOTICE OF DISMISSAL – 1
No. C07-1670 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice as to the adequacy-of-the-pre-suit-demand issue under the standard articulated by the Ninth Circuit (*see Simmonds v. Credit Suisse Sec. (USA) LLC*, 638 F.3d 1072, 1097 (9th Cir. 2011) (citing *In re Kauffman Mut. Fund Actions,* 479 F.2d 257, 267 (1st Cir.1973)), and without prejudice as to all other issues.

PLAINTIFF'S NOTICE OF DISMISSAL – 2
No. C07-1670 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 11th day of June, 2012.

        **GORDON TILDEN THOMAS & CORDELL LLP**
        Attorneys for Plaintiff

    By   *s/Mark Wilner*
        Jeffrey I. Tilden, WSBA #12219
        Mark Wilner, WSBA #31550
        1001 Fourth Avenue, Suite 4000
        Seattle, Washington 98154
        Telephone:   (206) 467-6477
        Facsimile:    (206) 467-6292
        Email: jtilden@gordontilden.com
        Email: mwilner@gordontilden.com

        **KELLER ROHRBACK L.L.P.**
        Attorneys for Plaintiff

    By   *s/Ian S. Birk*
        William C. Smart, WSBA #8192
        Ian S. Birk, WSBA #31431
        1201 Third Avenue, Suite 3200
        Seattle, WA 98101
        Telephone:   (206) 623-1900
        Facsimile:    (206) 467-6292
        Email: wsmart@kellerrohrback.com
        Email: ibirk@kellerrohrback.com

PLAINTIFF'S NOTICE OF DISMISSAL – 3
No. C07-1670 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| **Counsel for Nominal Defendant Immersion Corporation:**<br><br>Barnes H. Ellis<br>Molly M. Daily<br>STOEL RIVES LLP<br><br>E-Mail:         bhellis@stoel.com<br>E-Mail:         mmdaily@stoel.com | **Counsel for Defendants J.P. Morgan Securities Inc., Bear Stearns & Co., Inc., Bank of America Corporation and Robertson Stephens, Inc.:**<br><br>Christopher B. Wells<br>LANE POWELL PC<br>E-Mail:         wellsc@lanepowell.com |
|---|---|
| **Counsel for Defendant J.P. Morgan Securities Inc.:**<br><br>David W. Ichel*<br>Joe M. McLaughlin*<br>Jeffery Coviello*<br>SIMPSON, THACHER & BARTLETT LLP<br>E-Mail:         dichel@stblaw.com<br>                  jmclaughlin@stblaw.com<br>                  jcoviello@stblaw.com<br>*Admitted Pro Hac Vice | **Counsel for Defendant Bank of America Corporation:**<br><br>Andrew J. Frackman*<br>Brendan Dowd*<br>Michael Berengarten*<br>O'MELVENY & MYERS LLP<br>E-Mail:         afrackman@omm.com<br>                  bdowd@omm.com<br>                  mberengarten@omm.com<br>*Admitted Pro Hac Vice |
| **Counsel for Defendant Bear Stearns & Co., Inc.:**<br><br>Randy M. Mastro*<br>Robert F. Serio*<br>Mark B. Holton*<br>Brian Lutz*<br>Danny C. Moxley<br>GIBSON, DUNN & CRUTCHER LLC<br>E-Mail:         rmastro@gibsondunn.com<br>                  rserio@gibsondunn.com<br>                  mholton@gibsondunn.com<br>                  blutz@gibsondunn.com | |

PLAINTIFF'S NOTICE OF DISMISSAL – 4
No. C07-1670 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

dmoxley@gibsondunn.com
*Admitted Pro Hac Vice*

*s/Mark Wilner*
Mark Wilner, WSBA # 31550

PLAINTIFF'S NOTICE OF DISMISSAL – 5
No. C07-1670 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292